UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Free Holdings Inc., | Plaintiff, |
| -v- | |
| McCoy et al | |
| | Defendant. |

Case No. 1:22-cv-00881

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Free Holdings Inc., (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

**Date:** 2/1/2022

/s/ Moish E. Peltz, Esq.
**Signature of Attorney**

**Attorney Bar Code:** #MP3333