UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FREE HOLDINGS INC.,<br><br>                              Plaintiff,<br><br>v.<br><br>KEVIN McCOY, SOTHEBY'S INC., NAMELESS AND ALEX AMSEL A/K/A SILLYTUNA<br><br>                              Defendant. | Case No.: 1:22-cv-00881-LGS<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the office of the undersigned hereby appears on behalf of the Plaintiff, Free Holdings Inc., in connection with the above-captioned proceeding and that all papers should be served on the office of the undersigned at the address set forth below.

**Dated**:  Rockville Centre, New York
             February 9, 2022

                                        **FALCON RAPPAPORT & BERKMAN PLLC**


                                                /s/ Jessica M. Moore
                                        By: Jessica M. Moore, Esq.
                                        *Attorneys for Plaintiff*
                                        265 Sunrise Highway, Suite 50
                                        Rockville Centre, New York 11570
                                        (516) 599-0888
                                        jmoore@frblaw.com