UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
FREE HOLDINGS INC.,

                    Plaintiff,

                                                    Index No. 1:22-cv-00881 (LGS)

         -against-


KEVIN McCOY, SOTHEBY'S INC., NAMELESS          **STIPULATION**
CORPORATION, AND ALEX AMSEL
A/K/A SILLYTUNA,

                    Defendants.
----------------------------------------X

         IT IS HEREBY STIPULATED AND AGREED, by and between the  undersigned counsel

for plaintiff Free Holdings Inc. ("Plaintiff") and defendant Sotheby's Inc ("Sotheby's"), that:

         1.       Sotheby's counsel agrees to accept service of process of Plaintiff's Complaint

dated February 1, 2022 (the "Complaint") on behalf of Sotheby's as of February 10, 2022; and

         2.       With the exception of the defense of improper service of process, all of Sotheby's

defenses are expressly preserved and not waived; and

         3.       Sotheby's time to answer, move or otherwise respond to the Complaint is extended

through and including April 11, 2022.

Dated:  February 15, 2022

FALCON RAPPAPORT &
BERKMAN PLLC

By: */s/ Moish E. Peltz*
        Moish E. Peltz
265 Sunrise Highway, Suite 50
Rockville Centre, New York  11570
Tel. (516) 599-0888
mpletz@frblaw.com

*Attorneys for Plaintiff*

ARNOLD & PORTER
KAYE SCHOLER LLP

By: /s/ Theresa M. House
        Theresa M. House
250 West 55th Street
New York, New York 10019
Tel. (212) 836-8094
Fax (212) 836-8689
Theresa.House@arnoldporter.com


Evan M. Rothstein
1144 Fifteenth Street
Suite 3100
Denver, CO 80202
Tel. (303) 863-1000
Fax (303) 863-2301
Evan.Rothstein@arnoldporter.com
*(Pro hac vice application pending)*

Michael J. Gershoni
Bridgette C. Gershoni
601 Massachusetts Ave, NW
Washington, DC 20001
Tel. (202) 942-5000
Fax (202) 942-5999
Michael.Gershoni@arnoldporter.com
Bridgette.Gershoni@arnoldporter.com
*(Pro hac vice application pending)*

*Attorneys for Defendant Sotheby's*


SO ORDERED


_____