UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
FREE HOLDINGS INC.,

                Plaintiff,

                                                            Index No. 1:22-cv-00881 (LGS)

   -against-

KEVIN McCOY, SOTHEBY'S INC., NAMELESS          **STIPULATION**
CORPORATION, AND ALEX AMSEL
A/K/A SILLYTUNA,

                Defendants.
------------------------------------------X

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiff Free Holdings Inc. ("Plaintiff") and defendant Sotheby's Inc ("Sotheby's"), that:

      1.    Sotheby's counsel agrees to accept service of process of Plaintiff's Complaint dated February 1, 2022 (the "Complaint") on behalf of Sotheby's as of February 10, 2022; and

      2.    With the exception of the defense of improper service of process, all of Sotheby's defenses are expressly preserved and not waived; and

      3.    Sotheby's time to answer, move or otherwise respond to the Complaint is extended through and including April 11, 2022.

So Ordered.

Dated: February 16, 2022
New York, New York

                                                                        LORNA G. SCHOFIELD
                                                       UNITED STATES DISTRICT JUDGE

Dated:  February 15, 2022

| | |
|---|---|
| FALCON RAPPAPORT & BERKMAN PLLC | ARNOLD & PORTER KAYE SCHOLER LLP |

By: */s/ Moish E. Peltz*
      Moish E. Peltz
265 Sunrise Highway, Suite 50
Rockville Centre, New York  11570
Tel. (516) 599-0888
mpletz@frblaw.com


*Attorneys for Plaintiff*

By: /s/ Theresa M. House
      Theresa M. House
250 West 55th Street
New York, New York 10019
Tel. (212) 836-8094
Fax (212) 836-8689
Theresa.House@arnoldporter.com


Evan M. Rothstein
1144 Fifteenth Street
Suite 3100
Denver, CO 80202
Tel. (303) 863-1000
Fax (303) 863-2301
Evan.Rothstein@arnoldporter.com
*(Pro hac vice application pending)*

Michael J. Gershoni
Bridgette C. Gershoni
601 Massachusetts Ave, NW
Washington, DC 20001
Tel. (202) 942-5000
Fax (202) 942-5999
Michael.Gershoni@arnoldporter.com
Bridgette.Gershoni@arnoldporter.com
*(Pro hac vice application pending)*

*Attorneys for Defendant Sotheby's*


SO ORDERED

_____