UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

FREE HOLDINGS INC.,

        Plaintiff,

  -against-

KEVIN McCOY, SOTHEBY'S INC., NAMELESS
CORPORATION, AND ALEX AMSEL
A/K/A SILLYTUNA

        Defendants.
------------------------------------------------------------X

Index No. 1:22-cv-00881 (LGS)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiff Free Holdings Inc. ("Plaintiff") and defendant Kevin McCoy ("McCoy"), that:

1. McCoy's counsel agrees to accept service of process of Plaintiff's Complaint dated February 1, 2022 (the "Complaint") on behalf of McCoy as of February 8, 2022; and

2. With the exception of the defense of improper service of process, all of McCoy's defenses are expressly preserved and not waived; and

3. McCoy's time to answer, move or otherwise respond to the Complaint is extended through and including April 11, 2022.

Dated: February 8, 2022

| | |
|---|---|
| FALCON RAPPAPORT & BERKMAN PLLC | PRYOR CASHMAN LLP |
| By: _*Moish Peltz*_____ | By: _[signature]_____ |
|     Moish E. Peltz |     William L. Charron |
| 265 Sunrise Highway, Suite 50 | 7 Times Square |
| Rockville Centre, New York 11570 | New York, New York 10036 |
| (516) 599-0888 | (212) 421-4100 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Kevin McCoy* |