UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------

FREE HOLDINGS INC.,

             Plaintiff,

   -against-

KEVIN McCOY, SOTHEBY'S INC., NAMELESS CORPORATION, and ALEX AMSEL A/K/A SILLYTUNA,

             Defendants.
------------------------------------------

Index No. 1:22-cv-00881 (LGS)

**ORDER FOR ADMISSION
PRO HAC VICE OF
BRIDGETTE C. (nee Boyd) GERSHONI**

    The motion of Bridgette C. (nee Boyd) Gershoni for admission to practice *pro hac vice* in the above-captioned action is granted.

    Applicant has declared that she is a member in good standing of the bars of the State of California and the District of Columbia, and that her contact information is as follows:

> Bridgette C. Gershoni
> ARNOLD & PORTER KAYE SCHOLER LLP
> 601 Massachusetts Ave., NW
> Washington, DC 20001-3743
> Telephone: (202) 942-6745
> bridgette.gershoni@arnoldporter.com

    Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant, Sotheby's Inc. in the above-entitled action;

    **IT IS HEREBY ORDERED** that Applicant is admitted to practice pro hac vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys.

Dated: _____           _____
                                                             United States District / Magistrate Judge