UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------
FREE HOLDINGS INC.,

        Plaintiff,

-against-

KEVIN McCOY, SOTHEBY'S INC., NAMELESS
CORPORATION, and ALEX AMSEL A/K/A
SILLYTUNA,

        Defendants.
------------------------------------------

Index No. 1:22-cv-00881 (LGS)

**MOTION FOR ADMISSION PRO HAC VICE OF MICHAEL J. GERSHONI**

    Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Michael J. Gershoni hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant, Sotheby's Inc. in the above-captioned action.

    I am in good standing of the bars of the State of California and the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: March 2, 2022

Respectfully submitted,

*/s/ Michael J. Gershoni*
Michael J. Gershoni
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Telephone: (202) 942-6767
michael.gershoni@arnoldporter.com

*Attorney for Defendant Sotheby's Inc.*