


### Affidavit in Support of Motion for Admission Pro Hac Vice - M. Gershoni.pdf

| | |
|---|---|
| DocVerify ID: | CD3ECD64-CCC5-4FD7-943B-E53D3F457B15 |
| Created: | March 01, 2022 11:42:12 -8:00 |
| Pages: | 3 |
| Remote Notary: | Yes / State: VA |

This document is a DocVerify VeriVaulted protected version of the document named above. It was created by a notary or on the behalf of a notary, and it is also a DocVerify E-Sign document, which means this document was created for the purposes of Electronic Signatures and/or Electronic Notary. Tampered or altered documents can be easily verified and validated with the DocVerify veriCheck system. This remote online notarization involved the use of communication technology.

Go to www.docverify.com at any time to verify or validate the authenticity and integrity of this or any other DocVerify VeriVaulted document.

**E-Signature Summary**

**E-Signature 1: Michael Gershoni (MG)**
March 01, 2022 12:03:53 -8:00 [B7CE14C5172C] [163.116.146.118]
Michael.Gershoni@arnoldporter.com (Principal) (Personally Known)

**E-Signature Notary: Casey Nicole Howard (CNH)**
March 01, 2022 12:03:53 -8:00 [9850A9FFA73D] [192.203.255.20]
casey.howard@arnoldporter.com
I, Casey Nicole Howard, did witness the participants named above electronically sign this document.



DocVerify documents cannot be altered or tampered with in any way once they are protected by the DocVerify VeriVault System. Best viewed with Adobe Reader or Adobe Acrobat. All visible electronic signatures contained in this document are symbolic representations of the persons signature, and not intended to be an accurate depiction of the persons actual signature as defined by various Acts and/or Laws.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------
FREE HOLDINGS INC.,

               Plaintiff,

     -against-

KEVIN McCOY, SOTHEBY'S INC., NAMELESS
CORPORATION, and ALEX AMSEL A/K/A
SILLYTUNA,

               Defendants.
-------------------------------------------

Index No. 1:22-cv-00881 (LGS)

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE OF MICHAEL J. GERSHONI**

I, Michael J. Gershoni, being duly sworn, hereby depose and say as follows:

1. I am an attorney with the law firm of Arnold & Porter Kaye Scholer LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the bars of the State of California and the District of Columbia; Attorney Registration Nos. 311192 (California) and 187306 (District of Columbia).

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

7. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in case 1:22-cv-00881 (LGS) for Defendant Sotheby's Inc.

Dated: March 1, 2022

*Michael Gershoni*
Signed on 2022/03/01 12:03:53 -8:00

Michael J. Gershoni
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Telephone: (202) 942-6767
michael.gershoni@arnoldporter.com

STATE OF VIRGINIA
COUNTY OF ALEXANDRIA CITY

Signed and sworn to before me on March 1, 2022.

_____
Signed on 2022/03/01 12:03:53 -8:00

**Casey Nicole Howard**
**Registration # 7906267**
Electronic Notary Public
Commonwealth of Virginia
My commission expires the 31 day of Dec 2024

Notary Stamp 2022/03/01 13:03:53 PST

Notarial act performed by audio-visual communication



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### <u>MICHAEL JOSHUA GERSHONI</u>

I, JORGE E. NAVARRETE, Clerk of the Supreme Court of the State of California, do hereby certify that MICHAEL JOSHUA GERSHONI, #311192, was on the 1st day of December, 2016, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court
on the 16th day of February 2022.

JORGE E. NAVARRETE
*Clerk of the Supreme Court*

By:_____
Regine Ho, Senior Deputy Clerk





On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## *Michael Joshua Gershoni*

was duly qualified and admitted on April 9, 2018 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on February 15, 2022.**

**JULIO A. CASTILLO
Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

