UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FREE HOLDINGS INC.,<br><br>     Plaintiff,<br><br>v.<br><br>KEVIN McCOY, SOTHEBY'S INC., NAMELESS CORPORATION, AND ALEX AMSEL A/K/A SILLYTUNA<br><br>     Defendants. | Civil Action No.: 1:22-cv-00881 (LGS) |

## NOTICE OF VOLUNTARY DISMISSAL PRUSUANT TO FRCP 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff and its counsel hereby give notice that the above-styled action is voluntarily dismissed, without prejudice, as to defendant Alex Amsel a/k/a Sillytuna.

**Dated**: Rockville Centre, New York
    March 7, 2022

                **FALCON RAPPAPORT & BERKMAN PLLC**

            By: /s/ Jessica M. Moore
               Kenneth J. Falcon, Esq.
               Moish E. Peltz, Esq.
               Steven C. Berlowitz, Esq.
               Jessica M. Moore, Esq.
               265 Sunrise Highway, Suite 50
               Rockville Centre, New York 11570
               T: (516) 599-0888
               kfalcon@frblaw.com
               mpeltz@frblaw.com
               sberlowitz@frblaw.com
               jmoore@frblaw.com
               *Attorneys for Plaintiff*