UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREE HOLDINGS INC.,

               Plaintiff,

v.

KEVIN McCOY, SOTHEBY'S INC., NAMELESS CORPORATION, AND ALEX AMSEL A/K/A SILLYTUNA

               Defendants.

Civil Action No.: 1:22-cv-00881 (LGS)

## NOTICE OF VOLUNTARY DISMISSAL PRUSUANT TO FRCP 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff and its counsel hereby give notice that the above-styled action is voluntarily dismissed, without prejudice, as to defendant Alex Amsel a/k/a Sillytuna.

**Dated**: Rockville Centre, New York
          March 7, 2022

So Ordered.

The Clerk of Court is respectfully directed to terminate Alex Amsel as a Defendant in this action.

Dated: March 8, 2022
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

**FALCON RAPPAPORT & BERKMAN PLLC**

By: /s/ Jessica M. Moore
    Kenneth J. Falcon, Esq.
    Moish E. Peltz, Esq.
    Steven C. Berlowitz, Esq.
    Jessica M. Moore, Esq.
    265 Sunrise Highway, Suite 50
    Rockville Centre, New York 11570
    T: (516) 599-0888
    kfalcon@frblaw.com
    mpeltz@frblaw.com
    sberlowitz@frblaw.com
    jmoore@frblaw.com
    *Attorneys for Plaintiff*