AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| FREE HOLDINGS INC., | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Case No.   Case 1:22-cv-00881 (LGS) |
| KEVIN McCOY, et al. | ) | |
| Defendant | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

KEVIN McCOY

Date: 3/10/22

_____
Attorney's signature

Nicholas G. Saady   5861810
Printed name and bar number

7 Times Square
New York, New York 10036
Address

nsaady@pryorcashman.com
E-mail address

212 326 0109
Telephone number

_____
FAX number