UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
FREE HOLDINGS INC.,

           Plaintiff,

  -against-

Index No. 1:22-cv-00881 (LGS)

MOTION FOR ADMISSION
PRO HAC VICE

KEVIN McCOY, SOTHEBY'S INC., NAMELESS
CORPORATION, AND ALEX
AMSEL        A/K/A
SILLYTUNA,

           Defendants.
-------------------------------------------------------------------X

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York,   Evan Rothstein   hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for   Sotheby's   in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of   Colorado   and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: March 11, 2022          Respectfully Submitted,

_____

Applicant Signature: _s/s Evan Rothstein_____

Applicant's Name: _Evan Rothstein_____

Firm Name: _Arnold Porter Kaye Scholer LLP_____

Address:   __1144 Fifteenth Street, Suite 3100_____

City/State/Zip:   ___Denver, Colorado  80202_____

Telephone/Fax:___303.863.1000/303.863.2301_____

Email:   ____evan.rothstein@arnoldporter.com_____