UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

FREE HOLDINGS INC.,

                      Plaintiff,

  -against-

                      Index No. 1:22-cv-00881 (LGS)

DECLARATION OF EVAN ROTHSTEIN IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

KEVIN McCOY, SOTHEBY'S INC., NAMELESS CORPORATION, AND ALEX AMSEL A/K/A SILLYTUNA,

                      Defendants.

-------------------------------------------------------------------X

I, Evan Rothstein, pursuant to 28 USC 1746 hereby declares under penalty of perjury as follows:

1. I am counsel at the law firm of Arnold & Porter Kaye Scholer LLP, attorneys for Defendant Sotheby's Inc in this action. I submit this affidavit pursuant to Local Rule 1.3(c) in support of my motion for admission *pro hac vice* as counsel for Sotheby's Inc in *this* action.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

4. There are currently no disciplinary proceedings against me.

DATED: March 11, 2022
New York, NY

                                                           Evan Rothstein