

**STATE OF COLORADO, ss:**

I, __**Cheryl Stevens**__, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**EVAN M ROTHSTEIN**

has been duly licensed and admitted to practice as an

*ATTORNEY AND COUNSELOR AT LAW*

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __**25th**__ day of __**October**__ A.D. __**2004**__ and that at the date hereof the said __**EVAN M ROTHSTEIN**__ is in good standing at this Bar.

**IN WITNESS WHEREOF**, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __**22nd**__ day of __**February**__ A.D. __**2022**__

*Cheryl Stevens*
Clerk

By ___Myra Sanchez___
Deputy Clerk