UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FREE HOLDINGS INC.,

          Plaintiff,

  -against-

Index No. 1:22-cv-00881 (LGS)

ORDER FOR ADMISSION
PRO HAC VICE

KEVIN McCOY, SOTHEBY'S INC., NAMELESS
CORPORATION, AND ALEX AMSEL
      A/K/A SILLYTUNA,

        Defendants.
-----------------------------------------------------------------X

The motion of _____Evan Rothstein_____, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of _Colorado_____; and that his/her contact information is as follows (please print):

    Applicant's Name: Evan Rothstein

    Firm Name: Arnold & Porter Kaye Scholer LLP

    Address: 1144 Fifteenth Street, Suite 3100

    City/ State/ Zip: Denver, Colorado  80202

    Telephone/ Fax: 303.863.1000/303.863.2301

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Sotheby's Inc _____ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

_____
United States District/ Magistrate Judge