UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
FREE HOLDINGS INC., :
: Civil Action No. 22-cv-00881 (LGS)
                Plaintiff, :
:
  -against- :
:
KEVIN MCCOY, SOTHEBY'S INC., : **NOTICE OF APPEARANCE**
NAMELESS CORPORATION, AND ALEX :
AMSEL A/K/A SILLYTUNA, :
:
                Defendants. :
-------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that Jeremey S. Goldman, of Frankfurt Kurnit Klein & Selz, P.C., hereby appears as co-counsel for defendant Nameless Corporation in the above-captioned proceeding.

Dated: New York, New York
          March 14, 2022

                                          FRANKFURT KURNIT KLEIN & SELZ, P.C.

                                          By: <u>/s/ Jeremy S. Goldman</u>
                                                Jeremy S. Goldman
                                          2029 Century Park E
                                          Suite 2500N
                                          Los Angeles, CA 90067
                                          Tel:  (310) 579-9611

                                          *Co-Counsel for Defendant Nameless*
                                           *Corporation*