UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
FREE HOLDINGS INC.,                                       :
                                                                  : Civil Action No. 22-cv-00881 (LGS)
                               Plaintiff,           :
                                                                  :
     -against-                                    :
                                                                  :
KEVIN MCCOY, SOTHEBY'S INC.,             : **NOTICE OF APPEARANCE**
NAMELESS CORPORATION, AND ALEX     :
AMSEL A/K/A SILLYTUNA,                       :
                                                                  :
                               Defendants.        :
---------------------------------------------------------------X

         **PLEASE TAKE NOTICE** that Khasim Lockhart, of Frankfurt Kurnit Klein & Selz, P.C., hereby appears as co-counsel for defendant Nameless Corporation in the above-captioned proceeding.

 Dated: New York, New York
           March 14, 2022

                                                       FRANKFURT KURNIT KLEIN & SELZ, P.C.

                                                       By:  <u>/s/ Khasim Lockhart</u>
                                                               Khasim Lockhart
                                                     28 Liberty Street, 35th Fl.
                                                     New York, NY 10005
                                                     Tel:  (212) 826-5554

                                                     *Co-Counsel for Defendant Nameless*
                                                      *Corporation*