UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FREE HOLDINGS, INC.,<br><br>   Plaintiff,<br><br>v.<br><br>KEVIN MCCOY, SOTHEBY'S INC., and NAMELESS CORPORATION,<br><br>   Defendant. | Case No. 1:22-cv-00881-LGS<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Nadav Aschner, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Nameless Corporation in the above-captioned action.

I am in good standing of the bar of the State of Colorado, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: March 24, 2022

Respectfully Submitted,

Applicant Signature: _____

Applicant's Name: Nadav Aschner

Firm Name: The Rodman Law Group, LLC

Address: 600 S. Cherry St., Ste. 835

City/State/Zip: Denver, Colorado 80246

Telephone/Fax: (720) 663-0558 (both telephone and fax)

Email: nadav@therodmanlawgroup.com