UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FREE HOLDINGS, INC.,<br><br>                Plaintiff,<br><br>v.<br><br>KEVIN MCCOY, SOTHEBY'S INC., and NAMELESS CORPORATION,<br><br>                Defendant. | Case No. 1:22-cv-00881-LGS<br><br>**ORDER FOR ADMISSION**<br>*PRO HAC VICE* |

    The motion of Nadav Aschner, for admission to practice *Pro Hac Vice* in the above captioned action is granted.

    Applicant has declared that he is a member in good standing of the bar of the State of Colorado; and that his contact information is as follows:

    Applicant's Name: Nadav Aschner

    Firm Name: The Rodman Law Group, LLC

    Address: 600 S. Cherry St., Ste. 835

    City/State/Zip: Denver, Colorado 80246

    Telephone/Fax: (720) 663-0558 (both telephone and fax)

    Email: nadav@therodmanlawgroup.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Nameless corporation in the above entitled action;

    **IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                          _____
                                                               United States District / Magistrate Judge