UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FREE HOLDINGS, INC.,

        Plaintiff,

v.

KEVIN MCCOY, SOTHEBY'S INC., and NAMELESS CORPORATION,

        Defendant.

Case No. 1:22-cv-00881-LGS

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

---

I, Chris G. Baumgartner, being over 18 years of age and of sound mind, affirm and state as follows:

1. I sign this affidavit under oath and have personal knowledge of the information set forth herein.

2. I am an attorney with The Rodman Law Group, LLC, a law firm with its principal office located in Denver, Colorado.

3. I submit this affidavit in support of my motion for admission to practice *Pro Hac Vice* in the above-captioned matter (the "Motion").

4. As shown in the Certificate of Good Standing attached to the Motion, I am a member in good standing of the bar of the state of Colorado.

5. There are no pending disciplinary proceedings against me in any state or federal court.

6. I have never been convicted of a felony.

7. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

8. My Colorado Attorney Registration Number is 31144.

9. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *Pro Hac Vice* in case 1:22-cv-00881-LGS for Nameless Corporation.

Further, Affiant sayeth not.

[*Signature Page Follows*]

Dated this 24th day of March, 2022.

_____
Signature of Movant
Firm Name: The Rodman Law Group, LLC
Address: 600 S. Cherry St., Ste. 835, Denver, CO 80246
Email: chris@therodmanlawgroup.com
Phone: (720) 663-0558

Subscribed and affirmed before me in the county of Denver, State of Colorado, this 24th day of March, 2022, by Chris G. Baumgartner.

_____
Notary's Signature

January 28, 2023
Commission Expiration Date

ALEXIS CHRISTINE CORONA
NOTARY PUBLIC - STATE OF COLORADO
NOTARY ID 20194003704
MY COMMISSION EXPIRES JAN 28, 2023

SEAL