UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
FREE HOLDINGS INC.,

        Plaintiff,

  -against-

KEVIN McCOY, SOTHEBY'S INC., NAMELESS
CORPORATION, AND ALEX AMSEL
A/K/A SILLYTUNA,

        Defendants.
-------------------------------------------X

Index No. 1:22-cv-00881 (LGS)

**STIPULATION**

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiff Free Holdings Inc. ("Plaintiff") and defendant Nameless (misidentified as "Nameless Corporation" in the complaint) ("Nameless"), that:

    1.    Nameless's counsel agrees to accept service of process of Plaintiff's Complaint dated February 1, 2022 (the "Complaint") on behalf of Nameless as of February 10, 2022; and

    2.    With the exception of the defense of improper service of process, all of Nameless's defenses are expressly preserved and not waived; and

    3.    Nameless's time to answer, move or otherwise respond to the Complaint is extended through and including April 11, 2022.

Dated:  March 24, 2022

| | |
|---|---|
| FALCON RAPPAPORT & BERKMAN PLLC | FRANKFURT KURNIT KLEIN + SELZ PC |
| By: */s/ Moish E. Peltz*<br>      Moish E. Peltz<br>265 Sunrise Highway, Suite 50<br>Rockville Centre, New York  11570<br>Tel. (516) 599-0888<br>*mpeltz@frblaw.com*<br><br>*Attorneys for Plaintiff* | By: /s/ *Jeremy S. Goldman*<br>      Jeremy S. Goldman<br>2029 Century Park East, Suite 2500N<br>Los Angeles, California 90067<br>Telephone: (310) 579-9600<br>*jgoldman@fkks.com*<br><br>*Attorneys for Defendant Nameless Corporation* |

SO ORDERED

DATED:  _____

_____