UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
FREE HOLDINGS INC.,

        Plaintiff,

  -against-

KEVIN McCOY, SOTHEBY'S INC., NAMELESS
CORPORATION, AND ALEX AMSEL
A/K/A SILLYTUNA,

        Defendants.
------------------------------------------X

Index No. 1:22-cv-00881 (LGS)

**STIPULATION**

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiff Free Holdings Inc. ("Plaintiff") and defendant Nameless (misidentified as "Nameless Corporation" in the complaint) ("Nameless"), that:

    1.    Nameless's counsel agrees to accept service of process of Plaintiff's Complaint dated February 1, 2022 (the "Complaint") on behalf of Nameless as of February 10, 2022; and

    2.    With the exception of the defense of improper service of process, all of Nameless's defenses are expressly preserved and not waived; and

    3.    Nameless's time to answer, move or otherwise respond to the Complaint is extended through and including April 11, 2022.

So Ordered.

Dated: March 29, 2022
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Dated:  March 24, 2022

| | |
|---|---|
| FALCON RAPPAPORT & BERKMAN PLLC | FRANKFURT KURNIT KLEIN + SELZ PC |
| By: */s/ Moish E. Peltz* <br>       Moish E. Peltz <br> 265 Sunrise Highway, Suite 50 <br> Rockville Centre, New York  11570 <br> Tel. (516) 599-0888 <br> *mpeltz@frblaw.com* <br><br> *Attorneys for Plaintiff* | By: /s/ *Jeremy S. Goldman* <br>       Jeremy S. Goldman <br> 2029 Century Park East, Suite 2500N <br> Los Angeles, California 90067 <br> Telephone: (310) 579-9600 <br> *jgoldman@fkks.com* <br><br> *Attorneys for Defendant Nameless Corporation* |

                                  SO ORDERED

DATED:  _____

                                  _____