UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FREE HOLDINGS INC.,

        *Plaintiff*,

-against-

KEVIN McCOY, SOTHEBY'S INC. and NAMELESS CORPORATION,

        *Defendants*.

---

ECF CASE

Case No.: 1:22-cv-00881

**NOTICE OF APPEARANCE**

TO:    The Clerk of the Court and all parties of record:

**PLEASE TAKE NOTICE** that the undersigned is admitted to practice in this Court and hereby enters his appearance in this case as counsel for defendant Kevin McCoy, and requests that copies of all notices and other papers in the above-captioned action be served upon the undersigned as indicated below.

Dated: New York, New York
       April 6, 2022

PRYOR CASHMAN LLP

By: _____
Robert J. deBrauwere
7 Times Square
New York, NY 10036
Tel: 212-421-4100
*rdebrauwere@pryorcashman.com*
*Attorneys for Defendant,*
*Kevin McCoy*