USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/13/2022__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FREE HOLDINGS INC., <br><br> *Plaintiff*, <br><br> -against- <br><br> KEVIN McCOY, SOTHEBY'S INC. and NAMELESS CORPORATION, <br><br> *Defendants*. | ECF CASE <br><br> Case No.: 1:22-cv-00881 (JLC) <br><br> **STIPULATION** |

**WHEREAS,** on February 1, 2022, Plaintiff filed the Complaint against Defendants;

**WHEREAS**, on February 16, 2022, the Court ordered that Defendant Sotheby's Inc.'s time to answer, move or otherwise respond to the Complaint was extended through and including April 11, 2022;

**WHEREAS**, on February 17, 2022, the Court ordered that Defendant Kevin McCoy's time to answer, move or otherwise respond to the Complaint was extended through and including April 11, 2022;

**WHEREAS**, on March 29, 2022, the Court ordered that Defendant Nameless Corporation's time to answer, move or otherwise respond to the Complaint was extended through and including April 11, 2022;

**WHEREAS**, on April 1, 2022, Defendants filed a pre-motion letter regarding a motion to dismiss the Complaint;

**WHEREAS**, on April 1, 2022, the Court ordered that Defendants' deadlines to answer, move or otherwise respond to the Complaint were extended to April 18, 2022;

**WHEREAS,** on April 6, 2022, the parties consented to transfer the case to Magistrate Judge James L. Cott;

**WHEREAS**, Plaintiff has indicated to Defendants that it will be amending the Complaint, as of right;

**WHEREAS**, the April 18, 2022 deadlines for Defendants to answer, move or otherwise respond to the Complaint remain in place;

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff and the Defendants, that:

1. The April 18, 2022 deadlines for Defendants to answer, move or otherwise respond to the Complaint are vacated;

2. Plaintiff shall file and serve an Amended Complaint by no later than May 9, 2022;

3. Defendants' deadlines to answer, move or otherwise respond to the Amended Complaint are adjourned *sine die*; and

4. The parties are to confer to set a schedule for the deadlines by which Defendants must answer, move or otherwise respond to the Amended Complaint.

Dated: New York, New York
       April 13, 2022

| | |
|---|---|
| FALCON RAPPAPORT & BERKMAN PLLC | PRYOR CASHMAN LLP |
| By: /s/Moish E. Peltz/<br>    Moish E. Peltz<br>    (mpeltz@frblaw.com)<br>    1185 Avenue of Americas<br>    New York, New York 10036<br>    Tel: (212) 203-3255 | By: /s/William L. Charron/<br>    William L. Charron<br>    (wcharron@pryorcashman.com)<br>    7 Times Square<br>    New York, New York 10036<br>    Tel: (212) 421-4100 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Kevin McCoy* |

| | |
|---|---|
| ARNOLD & PORTER KAYE SCHOLER LLP | THE RODMAN LAW GROUP, LLC |

By: /s/Evan Rothstein/
    Evan Rothstein (*pro hac vice*)
    (evan.rothstein@arnoldporter.com)
    1144 Fifteenth Street, Suite 3100
    Denver, CO 80202
    Tel: (303) 863-2308

*Attorneys for Defendant Sotheby's Inc.*

By: /s/Nadav Aschner/
    Nadav Aschner (*pro hac vice*)
    (nadav@therodmanlawgroup.com)
    600 S. Cherry St, Suite 835
    Denver, CO 80246
    Tel: (720) 663-0558

*Attorneys for Defendant Nameless Corporation*

**SO ORDERED.**

Dated: April 13, 2022
      New York, New York

_____
JAMES L. COTT
United States Magistrate Judge