AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| FREE HOLDINGS INC. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 22-cv-00881 |
| KEVIN McCOY, SOTHEBY'S INC., et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sotheby's Inc.

Date:    04/15/2022

/s/ Marcus Asner
*Attorney's signature*

Marcus Asner
*Printed name and bar number*

Arnold & Porter
250 W. 55th Street
New York, NY 10019

*Address*

marcus.asner@arnoldporter.com
*E-mail address*

(212) 836-8650
*Telephone number*

(212) 836-6302
*FAX number*