IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------X

| | |
|---|---|
| FREE HOLDINGS INC., | Index No. 1:22-cv-00881 (LGS) |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| KEVIN McCOY, SOTHEBY'S INC., and NAMELESS CORPORATION, | |
| Defendants. | |

-------------------------------------------------X

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

    Pursuant to Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Free Holdings, Inc., and or their counsel, hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice, against the defendant nameless (misidentified as "Nameless Corporation" in the complaint).

Date: May 9, 2022

                                                    FALCON RAPPAPORT & BERKMAN PLLC

                                                    By: /s/ Moish E. Peltz
                                                    Moish E. Peltz
                                                    265 Sunrise Highway, Suite 50
                                                    Rockville Centre, New York  11570
                                                    Tel. (516) 599-0888

                                                    *Attorneys for Plaintiff*