USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/10/2022

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------X

FREE HOLDINGS INC.,

    Plaintiff,

  v.

KEVIN McCOY, SOTHEBY'S INC., and NAMELESS CORPORATION,

    Defendants.

-----------------------------------------------------X

Index No. 1:22-cv-00881 (LGS)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

    Pursuant to Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Free Holdings, Inc., and or their counsel, hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice, against the defendant nameless (misidentified as "Nameless Corporation" in the complaint).

Date: May 9, 2022

FALCON RAPPAPORT & BERKMAN PLLC

By: /s/ Moish E. Peltz
Moish E. Peltz
265 Sunrise Highway, Suite 50
Rockville Centre, New York 11570
Tel. (516) 599-0888

*Attorneys for Plaintiff*

**SO ORDERED.**

Dated: May 10, 2022
New York, New York

_____
JAMES L. COTT
United States Magistrate Judge