UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FREE HOLDINGS INC.,<br><br>*Plaintiff*,<br><br>-against-<br><br>KEVIN McCOY and SOTHEBY'S INC.,<br><br>*Defendants*. | ECF CASE<br><br>Case No.: 1:22-cv-00881<br><br>**STIPULATION AND<br>[PROPOSED] ORDER** |

       **WHEREAS,** on or about February 1, 2022, plaintiff Free Holdings Inc. ("Plaintiff") filed its Complaint against defendants Kevin McCoy ("McCoy"), Sotheby's Inc. ("Sotheby's"), Nameless Corporation ("Nameless") and Alex Amsel ("Amsel"); and

       **WHEREAS**, on or about March 7, 2022, Plaintiff voluntarily dismissed the action, without prejudice, against Amsel; and

       **WHEREAS**, on or about April 1, 2022, McCoy, Sotheby's and Nameless jointly filed a pre-motion to dismiss letter with the Court seeking to dismiss all claims in the Complaint; and

       **WHEREAS**, on or about April 13, 2022, the Court so ordered a Stipulation between the parties providing that: (i) Plaintiff could file an Amended Complaint by May 9, 2022; (ii) McCoy's, Sotheby's and Nameless's deadline to answer, move or otherwise respond to the initial Complaint was adjourned *sine die*; and (iii) the parties were to confer to set a new deadline for McCoy, Sotheby's and Nameless to answer, move or otherwise respond to the anticipated Amended Complaint; and

       **WHEREAS**, on or about May 9, 2022, Plaintiff voluntarily dismissed the action, with prejudice, against Nameless; and

       **WHEREAS**, on May 9, 2022, Plaintiff filed its Amended Complaint against McCoy and Sotheby's; and

**WHEREAS**, Plaintiff, McCoy and Sotheby's have conferred to set a deadline for McCoy and Sotheby's to answer, move or otherwise respond to the Amended Complaint.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff, McCoy and Sotheby's, that McCoy and Sotheby's shall each (or jointly) answer, move or otherwise respond to the Amended Complaint by June 30, 2022.

Dated: New York, New York
       May 16, 2022

FALCON RAPPAPORT & BERKMAN PLLC

By: /s/Moish E. Peltz/
    Moish E. Peltz
    (mpeltz@frblaw.com)
    1185 Avenue of Americas
    New York, New York 10036
    Tel: (212) 203-3255

*Attorneys for Plaintiff*

PRYOR CASHMAN LLP

By: /s/William L. Charron/
    William L. Charron
    (wcharron@pryorcashman.com)
    7 Times Square
    New York, New York 10036
    Tel: (212) 421-4100

*Attorneys for Defendant McCoy*

ARNOLD & PORTER KAYE SCHOLER LLP

By: /s/Evan Rothstein/
    Evan Rothstein (*pro hac vice*)
    (evan.rothstein@arnoldporter.com)
    1144 Fifteenth Street, Suite 3100
    Denver, CO 80202
    Tel: (303) 863-2308

*Attorneys for Defendant Sotheby's Inc.*

SO ORDERED:

_____   _____
U.S.M.J.                               Dated