# PRYOR CASHMAN LLP

New York | Los Angeles | Miami

7 Times Square, New York, NY 10036-6569  Tel: 212-421-4100  Fax: 212-326-0806          www.pryorcashman.com

**William L. Charron**
Partner

Direct Tel: 212-326-0156
Direct Fax:  212-798-6927
wcharron@pryorcashman.com

June 24, 2022

**VIA ECF**

Magistrate Judge Hon. James L. Cott
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re:**   ***Free Holdings Inc. v. Kevin McCoy & Sotheby's Inc.*, Case No. 1:22-cv-00881-JLC; Extension of Page Limit for Motion to Dismiss Memorandum of Law**

Dear Judge Cott:

We represent defendant Kevin McCoy in the above-referenced action.  McCoy's response to Plaintiff's Amended Complaint is due on June 30, 2022.  McCoy anticipates filing a motion to dismiss all claims (there are six causes of action alleged, including for declaratory judgment, unjust enrichment, slander of title, N.Y. GBL § 349, commercial disparagement, and Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a)).  We respectfully submit this letter-motion pursuant to Your Honor's Individual Rule II.E to request that McCoy be granted a 5-page extension for his supporting memorandum of law (*i.e.*, from 25 pages to 30 pages).  Plaintiff and co-defendant Sotheby's both consent to this request.

We thank the Court for its consideration.

Respectfully submitted,

William L. Charron

cc:      All counsel (via ECF)