AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| FREE HOLDINGS INC., <br> *Plaintiff* <br> v. <br> KEVIN McCOY and SOTHEBY'S INC., <br> *Defendant* | ) <br> ) <br> ) Case No. 1:22-cv-00881 <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Sotheby's Inc.

Date: 06/30/2022

/s/ Theresa House
*Attorney's signature*

Theresa House 4595989
*Printed name and bar number*

Arnold & Porter
250 West 55th Street
New York, NY 10019-9710
*Address*

Theresa.House@arnoldporter.com
*E-mail address*

(212) 836-8094
*Telephone number*

(212) 836-8689
*FAX number*