UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FREE HOLDINGS INC., <br><br> *Plaintiff*, <br><br> -against- <br><br> KEVIN McCOY and SOTHEBY'S INC., <br><br> *Defendants*. | ECF CASE <br><br> Case No.: 1:22-cv-00881-JLC <br><br> **NOTICE OF DEFENDANT SOTHEBY'S INC.'S MOTION TO DISMISS THE AMENDED COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) AND 12(b)(6)** |

PLEASE TAKE NOTICE that upon, (i) Defendant Sotheby's Inc.'s Memorandum of Law in Support of its Motion to Dismiss the Amended Complaint, joining the motion filed by Defendant Kevin McCoy and all supporting papers therein, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6); and (ii) the Declaration of Evan M. Rothstein in Support of Defendant Sotheby's Inc.'s Motion to Dismiss the Amended Complaint and the exhibits attached thereto, Defendant Sotheby's Inc. moves this Court, before the Honorable James L. Cott, United States Magistrate Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and time to be determined by the Court, for an Order dismissing with prejudice all claims asserted by Plaintiff Free Holdings Inc. against it in the Amended Complaint, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), and for such other relief as the Court may deem just and proper.  Plaintiff's opposition to this motion shall be filed on or before August 15, 2022, and Defendants' replies in further support of their motions shall be due on or before September 2, 2022. PLEASE TAKE FURTHER NOTICE that, in connection with the above, Sotheby's also seeks an order granting leave for video footage to be filed as exhibits in this matter, a proposed order for which is filed concurrently herewith.

US 172137898v1

Dated:        New York, New York
              June 30, 2020

                                      ARNOLD & PORTER KAYE SCHOLER LLP

By   /s/ Evan M. Rothstein
     Evan M. Rothstein

Evan M. Rothstein (admitted *pro hac vice*)
1144 Fifteenth Street | Suite 3100
Denver, CO 80202-2569
T: +1 303.863.2308
F: +1 303.863.1000
Evan.Rothstein@arnoldporter.com

Theresa M. House
250 West 55th Street
New York, NY 10019-9710
Telephone: +1 212.836.8000
Fax: +1 212.836.8689
Theresa.House@arnoldporter.com

*Attorneys for Defendant Sotheby's Inc.*

TO:

| | |
|---|---|
| Moish E. Peltz<br>Falcon Rappaport & Berkman PLLC<br>1185 Avenue of the Americas<br>Ste Third Floor<br>New York, NY 10036<br>212-203-3255<br>Email: mpeltz@frblaw.com<br><br>Jessica Moore<br>Falcon Rappaport & Berkman PLLC<br>265 Sunrise Highway<br>Suite 50<br>Rockville Centre, NY 11570<br>516-708-3546<br>Email: jmoore@frblaw.com<br><br>*Attorneys for Plaintiff* | William L. Charron<br>Nicolas G. Saady<br>Robert J. deBrauwere<br>Pryor Cashman LLP<br>7 Times Square<br>New York, NY 10036<br>212-421-4100<br>Email: wcharron@pryorcashman.com<br>Email: nsaady@pryorcashman.com<br>Email: rdebrauwere@pryorcashman.com<br><br><br><br><br><br>*Attorneys for Defendant Kevin McCoy* |

2