# Exhibit C

Video Exhibit C

Video titled "Kevin McCoy - Quantum"

https://www.sothebys.com/en/buy/auction/2021/natively-digital-a-curated-nft-sale-2/quantum

Distributed in mp4 format on a DVD