# Exhibit D

Page 1

```
 1
 2
 3
 4
 5
 6
 7
 8    Transcript of Video:  Video 1 - Kevin McCoy - Quantum
 9
10                       Video Link:
11    https://www.sothebys.com/en/buy/auction/2021/natively-
12           digital-a-curated-nft-sale-2/quantum
13                    Runtime:   2:32
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 2

1       MR. MCCOY:  I'm Kevin McCoy, and
2  I'm an artist here in New York City.  I've
3  been doing this kind of work -- digital
4  work, media work -- for a long time,
5  probably 25 years.  My work's been in the
6  collections of museums like then MoMA, the
7  Whitney Museum, the Metropolitan Museum, as
8  well as other institutions around the U.S.
9  and Europe.  I've always worked with media
10 in one form or another.  Sometimes that work
11 takes the form of video installations,
12 sometimes it looks like kinetic sculpture,
13 and sometimes it's code driven works.  But
14 throughout all of those different forms,
15 it's always been a question of looking at
16 how meaning is put together.  How things
17 come to mean what they do mean, and the role
18 that technology and code driven systems
19 plays in that process, in terms of creating
20 the meaning of words, the meaning of
21 memories, the meaning of experiences that
22 we're all living with right now.
23      The work in the show is called Quantum
24 and it's from 2014.  It's an animation
25 that's made entirely out of code, so in that

Page 2

```
 1         MR. MCCOY:  I'm Kevin McCoy, and
 2    I'm an artist here in New York City.  I've
 3    been doing this kind of work -- digital
 4    work, media work -- for a long time,
 5    probably 25 years.  My work's been in the
 6    collections of museums like then MoMA, the
 7    Whitney Museum, the Metropolitan Museum, as
 8    well as other institutions around the U.S.
 9    and Europe.  I've always worked with media
10    in one form or another.  Sometimes that work
11    takes the form of video installations,
12    sometimes it looks like kinetic sculpture,
13    and sometimes it's code driven works.  But
14    throughout all of those different forms,
15    it's always been a question of looking at
16    how meaning is put together.  How things
17    come to mean what they do mean, and the role
18    that technology and code driven systems
19    plays in that process, in terms of creating
20    the meaning of words, the meaning of
21    memories, the meaning of experiences that
22    we're all living with right now.
23         The work in the show is called Quantum
24    and it's from 2014.  It's an animation
25    that's made entirely out of code, so in that
```

1  sense, I would call it generative work,
2  generative artwork.  But it's also an
3  optical work and a process-oriented work.
4  And so, in that sense, it draws from earlier
5  efforts from artists like Sol LeWitt, like
6  Victor Vasarely, like Bridget Riley.  But
7  the effect of it from a, kind of, experience
8  level is more mysterious than that.  And so,
9  that pulsing light, that kind of hidden
10 world that seems to be being born endlessly
11 with that piece, really, is inspired by the
12 work of science fiction writer Philip K.
13 Dick, and how in the -- his book, Valis, the
14 role of the pink light to create this
15 experience of memory and this experience of
16 information.  That's something that I was
17 thinking a lot about in the creation of
18 Quantum.
19     Quantum is the first autonomous work,
20 the first artwork that was inscribed into a
21 blockchain, and that happened in May of
22 2014.  And that traces back the previous
23 year in to 2013, when I discovered Bitcoin
24 and blockchain technology.  And I thought
25 about how the scarcity mechanism that

Page 4

1  Bitcoin presented could be a way for digital
2  artists to create provenance and ownership
3  systems around digital works.  It was a
4  pretty abstract idea at the time, and no one
5  really understood what I was talking about,
6  but when I finally put the pieces together
7  to do an initial effort with that, Quantum
8  seemed like the perfect piece to do that
9  with.
10              (End of recording.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 5

1               CERTIFICATE

2

3                  - - -

4

5       I, Alexandria Brobst, Transcriptionist,

6    do hereby certify that I was authorized to

7    and did listen to and transcribe the

8    foregoing recorded proceedings and that the

9    transcript is a true record to the best of

10   my professional ability.

11

12       Dated this 28th day of June, 2022.

13

14

15

16   _____

17       Alexandria Brobst

18

19

20

21

22

23

24

25