# Exhibit E

Video Exhibit E

Video titled "QuantumToken-McCoy"

https://www.sothebys.com/en/buy/auction/2021/natively-digital-a-curated-nft-sale-2/quantum

Distributed in mp4 format on a DVD