# Exhibit F

Page 1

Transcript of Video:  Video 2 - QuantumToken - McCoy

Video Link:
https://www.sothebys.com/en/buy/auction/2021/natively-digital-a-curated-nft-sale-2/quantum

Runtime:  3:54

Page 2

1      MR. MCCOY: Hi, I'm Kevin McCoy. I'm
2  the artist that created Quantum and minted
3  it in 2014. I want to tell you about the
4  restoration and preservation efforts that I
5  made to bring this early work back into the
6  present day. Throughout, I was guided by
7  ideas of provenance, of data integrity, and
8  data conservation. I've moved the original
9  on-chain data from a burned NameCoin token
10 into a modern, industry-standard, ERC-721
11 token, while preserving all of the original
12 on-chain information.
13     Let's start by looking at the newly
14 issued token. It appears on an address that
15 I've previously announced on Twitter as the
16 McCoy Space Studio contract address. I've
17 created a studio-named ERC-721 compatible
18 contract entitled, "McCoy Space," with a
19 token short name of, "McCoy." Yes, it's a
20 real McCoy. The Quantum token is the first
21 mint from that contract, Token ID: zero.
22 The token URI points to a JSON encoded
23 documents stored on IPFS, that defines the
24 full scope of the artwork and the token.
25 Here, I've pasted it into a JSON decoder to

Page 3

```
 1    make it easier to read.  There are three
 2    other additional documents on IPFS that
 3    pertain to the artwork, it's associated
 4    rights and provenance, and additional data
 5    for long term archiving.  All of these IPFS
 6    files are currently penned by me, but the
 7    collector will need to take on that penning
 8    responsibility, in order to protect the
 9    long-term integrity of the token.
10         As part of a data redundancy strategy,
11    information appears multiple times in
12    different places.  So, while we have an IPFS
13    link for the artwork itself and another one
14    for the rights document, both of these files
15    also appear in the archive bundle.  And for
16    that reason, I'll look mostly at that link.
17    All of the files in the archive bundle have
18    a SHA256 hash to verify file integrity.  The
19    rights agreement appears here as an easy-to-
20    read PDF.  Sections two and three of the
21    agreement deal with the specific definition
22    of the artwork, as the data that reproduces
23    a known SHA256 hash, and with the provenance
24    chain, which begins on NameCoin, but now is
25    irrevocably transferred to this more modern
```

Page 4

```
 1    and stable specification on the Ethereum
 2    blockchain.  Other provenance information
 3    can be found in the archive called, "wallet
 4    documentation."  That contains a set of
 5    screenshots taken from the original NameCoin
 6    wallet showing the original transaction set,
 7    the original on-chain data, and a signed
 8    message proving that I have continued
 9    possession of the private key for the
10    address that originally sent Quantum's
11    minting transaction.  That signed message
12    appears separately in the archive as a text
13    file, and the data of which can be used in a
14    contemporary NameCoin wallet to
15    independently verify the message's validity.
16         Finally, in order to facilitate the
17    long-term preservation of the artwork
18    itself, including its eventual translation
19    into future archival data formats, I've
20    included an archive containing every frame
21    from Quantum as uncompressed and
22    sequentially numbered TIFF files.  Returning
23    to the token JSON file, much of the same
24    information -- both historical and
25    contractual -- is included here for both
```

Page 5

1  redundancy and for ease of inspection as
2  plain text.
3      As we enter into this new era of
4  tokenization, I think we will increasingly
5  be faced with issues of cross-chain
6  translation, preservation, archiving, and
7  conservation. In fact, we're already there
8  with Quantum. And hopefully the efforts
9  that I made here in collaboration with
10 lawyers, with digital conservators, and with
11 developers, will be a useful example for
12 other people in this community facing
13 similar challenges. Thanks for watching.
14          (End of recording.)
15
16
17
18
19
20
21
22
23
24
25

Page 6

```
 1                    CERTIFICATE

 2

 3                       - - -

 4

 5        I, Alexandria Brobst, Transcriptionist,

 6   do hereby certify that I was authorized to

 7   and did listen to and transcribe the

 8   foregoing recorded proceedings and that the

 9   transcript is a true record to the best of

10   my professional ability.

11

12        Dated this 28th day of June, 2022.

13

14                    [signature]

15

16        _____

17        Alexandria Brobst
```