# Exhibit G

PageVault

| | |
|---|---|
| Document title: | NFT sales hit $25 billion in 2021, but growth shows signs of slowing \| Reuters |
| Capture URL: | https://www.reuters.com/markets/europe/nft-sales-hit-25-billion-2021-growth-shows-signs-slowing-2022-01-10/ |
| Page loaded at (UTC): | Wed, 29 Jun 2022 19:24:56 GMT |
| Capture timestamp (UTC): | Wed, 29 Jun 2022 19:26:28 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 7 |
| Capture ID: | 510ec2dc-316a-44c7-a738-4aea7b1907b1 |
| User: | ap-jchang |

PDF REFERENCE #:    qBNj8CsLEEwMx55EVn17zY



Download the Business Guide
CFOs Use NetSuite to Optimize Their Business
Oracle NetSuite
Open

January 11, 2022
3:50 PM UTC
Last Updated 6 months ago

European Markets

# NFT sales hit $25 billion in 2021, but growth shows signs of slowing

By Elizabeth Howcroft

3 minute read

Register now for FREE unlimited access to Reuters.com
Register

LONDON, Jan 10 (Reuters) - From cartoon apes to video clips, sales of NFTs reached some $25 billion in 2021 as the speculative crypto asset exploded in popularity, data from market tracker DappRadar shows, although there were signs of growth slowing towards the end of the year.

Prices of some non-fungible tokens, crypto assets representing a digital item such as an image, video, or even land in virtual worlds, rose so fast last year that speculators sometimes 'flipped' them for a profit within days. read more

Advertisement · Scroll to continue

PAID FOR AND POSTED BY J.P.MORGAN
Where are the investing opportunities in sustainable food and water?
Explore Now ›

The art world has been quick to cash in, with auction houses selling NFTs representing simple cartoons for millions of dollars with no physical objects changing hands. One NFT artwork fetched a record $69.3 million at a Christie's sale in March. read more

BARCLAYS
Hedge Fund Outlook 2022: Inflows rising amid inflation
Hedge Fund AUM grew to an all-time high of nearly $4 trillion in Q3'21...
Keep reading

Feedback

changing hands. One NFT artwork fetched a record $69.3 million at a Christie's sale in March. read more

Meanwhile, some of the world's top brands, including Coca Cola and Gucci, have also sold NFTs. read more

NFT sales volume totalled $24.9 billion in 2021, compared to just $94.9 million the year before, DappRadar, said on Monday. DappRadar collects data across ten different blockchains, which are used to record who owns the NFT.



NFT sales climb to $11.6 billion in Q4 - DappRadar

Estimates of volumes vary by different data provider, depending on what is included. Transactions which take place 'off-chain', such as major NFT art sales at auction houses, are often not captured by the data.



CryptoSlam, which also tracks multiple blockchains, said the 2021 total was $18.3 billion. NonFungible.com, which tracks the ethereum blockchain only, put 2021 sales at $15.7 billion.

This means the money spent on NFTs in 2021 is roughly equivalent to the amount pledged at COP26 to help countries phase out coal, or the funding made available by the World Bank to buy and deploy COVID-19 vaccines. read more



Sales peaked in August, then declined in September, October and November





NFT sales hit $25 billion in 2021



Sales peaked in August, then declined in September, October and November before picking up again in December, data from the biggest NFT marketplace, OpenSea, showed.

This does not appear to be correlated with fluctuations in the price of cryptocurrencies, which are often used to buy NFTs, as bitcoin and ether rose in the September to November period.



1/2 Visitors walk in front of "HOLD ONTO YOUR BITCOIN" by Gustav Szabo, known as Szabotage, which will be converted into NFT and auctioned online at Sotheby's, at the Digital Ar...

Read More



NFT sales on OpenSea

Around 28.6 million wallets traded NFTs in 2021, up from some 545,000 in 2020, DappRadar said.

While some see NFTs as the future of ownership in the online world, buying NFTs as a vote of confidence in the development of "Web3" or the metaverse, others are baffled as to why so much money is being spent on items which do not physically exist. read more

Just 10% of traders accounted for 85% of all NFT transactions, research published in the journal Nature said.



Read Next

Business
Bed Bath & Beyond replaces CEO Tritton as sales sink

Macro Matters
Russia's jobless rate falls to record low but economic hurdles mount

European Markets
Grifols' shares fall 6% on media report of possible capital increase

European Markets
Analysis: Private equity's swoop on listed European firms runs into rising execution risks



NFT sales hit $25 billion in 2021







Weekly NFT buyers - NonFungible.com

While the most expensive known NFT sale was $69.3 million, a common price range was $100 to $1,000, NonFungible.com said. read more

Prices of the most sought-after NFTs were highly volatile. The average sale price of a CryptoPunk image rose from around $100,000 in July to nearly $500,000 in November. By December it had fallen to around $350,000, CryptoSlam data shows. read more



NFT price ranges

Collectible NFTs were the most popular category, followed by art, NonFungible.com said. Some of the most eye-watering NFT sales have been for land in online metaverse environments.

Virtual real estate investor Republic Realm bought land in the virtual world The Sandbox for $4.3 million in November.



Collectible NFTs are most popular

Register now for FREE unlimited access to Reuters.com

Reporting by Elizabeth Howcroft; Editing by Alexander Smith

Our Standards: **The Thomson Reuters Trust Principles.**

### More from Reuters



Trump didn't care Jan. 6 rioters were armed - witness

Two charged in Texas migrants tragedy

Turkey lifts veto on Finland, Sweden joining NATO

Roe ruling will disproportionately hurt Black women



**Global Investor**

Subscribe to our investor newsletter to get the latest news and trends in global financial markets.



NFT sales hit $25 billion in 2021

## Global Investor

Subscribe to our investor newsletter to get the latest news and trends in global financial markets.

Sign up

### Sponsored Content


**First stop on your road trip? Getting one of these travel cards.**
Sponsored by NerdWallet


**3 Order Types: Market, Limit and Stop Orders**
Sponsored by Charles Schwab


**Wall St Legend Has Urgent Message for Baby Boomers**
Sponsored by Empire Financial Research


**Get the card that automatically adapts to you.**
Sponsored by Citi Custom Cash℠ Card

## European Markets



### Credit Suisse scraps negative rates for Swiss private clients
Business · June 29, 2022 · 4:17 PM UTC

Credit Suisse is scrapping the negative interest rates it has charged wealthy Swiss clients since 2020, the lender said on Wednesday, as its economists anticipate a further rate hike in Switzerland this year.


**Business**
Uniper withdraws 2022 outlook on Gazprom supply restrictions
6:57 PM UTC . Updated 27 min ago


**Business**
Strike underway at Exxon refinery in France
3:33 PM UTC


**Macro Matters**
Bank of England may not need to act forcefully, Bailey says
3:07 PM UTC


**European Markets**
EU race to fill gas storage draws record supplies from Britain
12:50 PM UTC

### Sponsored Content


**Save More With Up to 11X the Average APY. Compare Accounts.**
Sponsored by NerdWallet


**Reach goals faster with 1.01% APY. Select Markets Only. Member FDIC.**
Sponsored by Citi® High-Yield Savings


**7 Investing Secrets Once Your Portfolio Reaches $500k+**
Sponsored by Fisher Investments


**If You Have More Than $1,000 in Your Bank Account, Make These 5 Moves**
Sponsored by The Penny Hoarder

### Sponsored Content

Sponsored by NerdWallet

Sponsored by Citi® High-Yield Savings

Sponsored by Fisher Investments

Sponsored by The Penny Hoarder

## Sponsored Content

Dianomi

Hands Down The Top Credit Card of 2022

Sponsored by CardCritics

How nonmetallic materials can solve the world's energy challenges?

Sponsored by Aramco

Stock Picking Legend Calls 2022 Market Bottom

Sponsored by Empire Financial Research

5 Elements of a Smart Trade Plan

Sponsored by Charles Schwab

## Sponsored Content

Dianomi

Two Washington Banks Paying All Time High Interest Rates (See the L...

Sponsored by Savings Pro

6 Credit Cards You Should Not Ignore If You Have Excellent Credit

Sponsored by NerdWallet

This credit card is so good, I signed up personally

Sponsored by The Ascent

Finally, a financial advisor for all, featuring $0 account minimums.

Sponsored by NerdWallet

Feedback

Information you can trust

Reuters, the news and media division of Thomson Reuters, is the world's largest multimedia news provider, reaching billions of people worldwide every day. Reuters provides business, financial, national and international news to professionals via desktop terminals, the world's media organizations, industry events and directly to consumers.

Follow Us

Thomson Reuters Products

**Westlaw**
Build the strongest argument relying on authoritative content, attorney-editor expertise, and industry defining technology.

**Onesource**
The most comprehensive solution to manage all your complex and ever-expanding tax and compliance needs.

**Checkpoint**
The industry leader for online information for tax, accounting and finance professionals.

Refinitiv Products

**Refinitiv Workspace**
Access unmatched financial data, news and content in a highly-customised workflow experience on desktop, web and mobile.

**Refinitiv Data Catalogue**
Browse an unrivalled portfolio of real-time and historical market data and insights from worldwide sources and experts.

**Refinitiv World-Check**
Screen for heightened risk individual and entities globally to help uncover hidden risks in busi... relationships and h... networks.

NFT sales hit $25 billion in 2021

All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

© 2022 Reuters. All ri

Document title: NFT sales hit $25 billion in 2021, but growth shows signs of slowing | Reuters
Capture URL: https://www.reuters.com/markets/europe/nft-sales-hit-25-billion-2021-growth-shows-signs-slowing-2022-01-10/
Capture timestamp (UTC): Wed, 29 Jun 2022 19:26:28 GMT

