UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FREE HOLDINGS INC., *Plaintiff*, -against- KEVIN McCOY and SOTHEBY'S INC., *Defendants*. | ECF CASE<br><br>Case No.: 1:22-cv-00881-JLC<br><br>**[PROPOSED] ORDER DIRECTING CLERK'S ACCEPTANCE OF DVD VIDEO EXHIBITS** |

After thorough review of the June 30, 2022 Declaration of Evan M. Rothstein and Defendant Sotheby's Inc.'s Memorandum of Law in support of its Motion to Dismiss the Amended Complaint, and those papers revealing that video footage relevant to the Plaintiff's claims is material and necessary to the issues of this action;

Now, upon the application of Arnold & Porter Kaye Scholer LLP, by Evan M. Rothstein, attorney for Defendant Sotheby's Inc., for an order granting leave for video footage to be filed as exhibits in this matter, it is hereby ordered as follows:

The Clerk of this Court shall accept a DVD containing video footage as exhibits to motion papers in this matter, including for those exhibits annexed to the June 30, 2022 Declaration of Evan M. Rothstein, and said Clerk is directed to receive and note the DVD of the video exhibit on the above docket.

SO ORDERED.

Dated: New York, New York
_____ \_\_\_, 2022        _____
                                                                Hon. James L. Cott
                                                                United States Magistrate Judge

US 172137919v1