UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FREE HOLDINGS INC., <br><br> *Plaintiff,* <br><br> -against- <br><br> KEVIN McCOY and SOTHEBY'S INC., <br><br> *Defendants.* | ECF CASE <br><br> Case No.: 1:22-cv-00881-JLC |

## CERTIFICATE OF SERVICE FOR HARD COPY FILING

The undersigned hereby certifies that on June 30, 2022, I served a true and accurate copy of the DVD of video footage contained in Exhibits C and E to the Declaration of Evan R. Rothstein, via FedEx upon the following:

Moish E. Peltz
Falcon Rappaport & Berkman PLLC
1185 Avenue of the Americas
Ste Third Floor
New York, NY 10036
212-203-3255
Email: mpeltz@frblaw.com

William L. Charron
Nicolas G. Saady
Robert J. deBrauwere
Pryor Cashman LLP
7 Times Square
New York, NY 10036
212-421-4100
Email: wcharron@pryorcashman.com
Email: nsaady@pryorcashman.com
Email: rdebrauwere@pryorcashman.com

*Attorneys for Plaintiff*

*Attorneys for Defendant Kevin McCoy*

By _____
Joseph Chang
ARNOLD & PORTER KAYE SCHOLER

US 172137944v1