UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREE HOLDINGS INC.,

        Plaintiff,

-against-

KEVIN McCOY and SOTHEBY'S INC.,

        Defendants.

ECF CASE

Case No.: 1:22-cv-00881 (LGS) (JLC)

**NOTICE OF MOTION TO DISMISS AMENDED COMPLAINT**

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the accompanying Declaration of William L. Charron dated June 30, 2022 and the exhibits annexed thereto, and all prior proceedings heretofore had and all papers filed herein, defendant Kevin McCoy ("McCoy") will move this Court, at a date and time to be determined by the Court, for an Order dismissing with prejudice all claims against him in plaintiff Free Holdings Inc.'s ("Plaintiff") Amended Complaint dated May 9, 2022, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

      PLEASE TAKE FURTHER NOTICE that, pursuant to agreement of the parties, Plaintiff shall electronically file any opposition by August 15, 2022; and McCoy shall file any reply by September 2, 2022.

Dated: New York, New York
       June 30, 2022

**PRYOR CASHMAN LLP**

By: _/s/ William L. Charron_
    William L. Charron
    Robert J. deBrauwere
    Nicholas Saady
7 Times Square
New York, NY 10036
(212) 421 4100

*Attorneys for Defendant Kevin McCoy*