# EXHIBIT B



# Namebrow.se
### Namecoin Explorer

## Name d41b8540cbacdf1467cdc5d17316dcb672c8b43235fa16cde98e79825b68709a

### Summary

| | |
|---|---|
| Status | Active |
| Expires after block | 634415 ( 15958 blocks to go ) |
| Expiry date | Oct. 17, 2022, 12:45 p.m. (estimate) |
| Last update | Feb. 10, 2022, 3:47 p.m. (block 598415) |
| Registered since | April 5, 2021, 12:14 p.m. (block 553214) |
| First registration | May 2, 2014, 11:33 p.m. (block 37368) |

### Current value

I assert title to the file at the URL http://static.mccoyspace.com/gifs/quantum.gif with the creator's public announcement of

### Name operations

| Date/Time | Block | Transaction | Operation | Value |
|---|---|---|---|---|
| Feb. 10, 2022, 3:47 p.m. | 598415 | 6dd5ceffc... | NAME_UPDATE | I assert title to the file at the URL http://static.mccoyspace.com/gifs/quantum.gif with the creator's public announcement of it's publishing at the URL https://twitter.com/mccoyspace/status/462320426719641600 The file whose SHA256 hash is d41b8540cbacdf1467cdc5d17316dcb672c8b43235fa16cde98e79825b68709a is taken to be the file in question. Title transfers to whoever controls this blockchain entry. |
| June 14, 2021, 12:25 p.m. | 563353 | 93e6db4e6... | NAME_UPDATE | **This original NFT, entitled "Quantum" by Kevin McCoy and minted on May 2, 2014, is currently held by the person who controls the Twitter handle @EarlyNFT. Please direct message all inquires about the artwork there.** |
| June 7, 2021, 4:30 p.m. | 562392 | 84adf2532... | NAME_UPDATE | **An authorized print of this original NFT, entitled "Quantum" by Kevin McCoy, is currently being auctioned off by Sotheby's. Good Luck to all the bidders.** |
| April 30, 2021, 2:53 p.m. | 556942 | e63d18c5b... | NAME_UPDATE | I assert title to the file at the URL http://static.mccoyspace.com/gifs/quantum.gif with the creator's public announcement of it's publishing at the URL https://twitter.com/mccoyspace/status/462320426719641600 The file whose SHA256 hash is d41b8540cbacdf1467cdc5d17316dcb672c8b43235fa16cde98e79825b68709a is taken to be the file in question. Title transfers to whoever controls this blockchain entry. |



# Namebrow.se
## Namecoin Explorer

| April 5, 2021, 7 a.m. | 553180 | 8c76ba4ec... | NAME_NEW | fc6a09d1dfa2cbced6fa35e64c3cb001196cdef2 |
| May 3, 2014, 1:27 a.m. | 174923 | fa8b9a6ad... | NAME_FIRSTUPDATE | None |
| May 2, 2014, 11:33 p.m. | 174910 | da66d975e... | NAME_NEW | aa4bcd723e172f0f53cbab9c71a165262334206b |

**Namecoin Block Explorer** - Contact.