

August 15, 2022

*__VIA CM/ECF__*

Hon. James L. Cott
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1360
New York, NY 10007-1312

> *__Re:__*  *__Plaintiff Free Holdings Inc. Opposition to Defendants' Motion to Dismiss the Amended Complaint in Free Holdings Inc. v. McCoy, et al., 1:22-cv-00881-JLC__*

Dear Judge Cott:

We represent Free Holdings Inc. in the above-referenced action.     Pursuant to your Honor's Individual Rules and Practices, Rule II. H, Free Holdings respectfully requests oral argument in support of its Opposition to Defendants' Motions to Dismiss.

Sincerely,

**FALCON RAPPAPORT & BERKMAN PLLC**

*/s/ Moish E. Peltz*

**by: Moish E. Peltz, Esq.**
Moish E. Peltz, Esq.
Falcon Rappaport & Berkman PLLC
1185 Avenue of the Americas, Third Floor
New York, New York 10036
T: (212) 203-3255 x10124
mpeltz@frblaw.com

cc:     All Counsel of Record (via ECF)

---

1185 AVENUE OF THE AMERICAS | FLOOR 3
NEW YORK, NEW YORK 10036
P: (212) 203-3255 F: (212) 203-3215

265 SUNRISE HIGHWAY | SUITE 50
ROCKVILLE CENTRE, NEW YORK 11570
P: (516) 599-0888 F: (516) 599-0889