UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FREE HOLDINGS INC.,

                Plaintiff,

-against-                              22 **CIVIL** 0881 (JLC)

## **JUDGMENT**

KEVIN MCCOY and SOTHEBY'S, INC.,

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 17, 2023, the Court grants the motions to dismiss the amended complaint; accordingly, the case is closed.

**Dated:** New York, New York
       March 20, 2023

                                                      **RUBY J. KRAJICK**

                                                      _____
                                                            Clerk of Court

                             **BY:**

                                                           _____
                                                            **Deputy Clerk**