Case 1:22-cv-00881-JLC   Document 74   Filed 04/13/23   Page 1 of 10



Cited in Free Holdings Inc v McCoy
22CV881 Decided 3/17/23
Archived on 3/23/23
This document is protected by copyright.
Further reproduction is prohibited without permission.

interaction

Hello,

Username
Log In Sign Up

- Username
  - My Words
  - Recents
  - Settings
  - Log Out

- Games & Quizzes
- Thesaurus
- Features
- Word of the Day
- Shop
- Join MWU
- More
  - Shop M-W Books ↗
  - Join MWU ↗
    - Log In
    - Username
    - My Words
    - Recents
    - Account
    - Log Out
  - Settings
  - My Words
  - Recents
  - Account
  - Log Out

Est. 1828


Dictionary

Cited in Free Holdings Inc v McCoy
22CV881 Decided 3/17/23
Archived on 3/23/23
This document is protected by copyright.
Further reproduction is prohibited without permission.

- Definition
- Definition

- Synonyms

- Example Sentences

- Word History

- Entries Near

  - Cite this Entry Citation

  - Share

- Kids DefinitionKids
- Medical DefinitionMedical
- More from M-W

: Show more

- Show more
  - Citation
  - Share
  - Kids
  - Medical
  - More from M-W

- Save Word
  - To save this word, you'll need to log in.
  - Log In

# interaction

## noun

in·ter·ac·tion ˌin-tər-ˈak-shən

Synonyms of *interaction*

: mutual or reciprocal action or influence

interactional ˌin-tər-ˈak-sh(ə-)nəl
adjective

Cited in Free Holdings Inc v McCoy
22CV881 Decided 3/17/23
Archived on 3/23/23
This document is protected by copyright.
Further reproduction is prohibited without permission.

## Synonyms

- commerce
- dealings
- intercourse
- relation

See all Synonyms & Antonyms in Thesaurus

## Example Sentences

she guessed from the friendly *interaction* that they were close to the other parents in the organization
Recent Examples on the Web The Canadian neighbors had developed a distaste for each other after arguing for months, but an *interaction* in May 2021 upped the ante. — Kyle Melnick, *Washington Post*, 10 Mar. 2023 Stress

and anxiety, along with PTSD, can also put people at risk for these kinds of thoughts, Vasan says, and anything from a dream to an overwhelming *interaction* at work can set them off. —Alexa Mikhail, *Fortune Well*, 8 Mar. 2023 An even more notable *interaction* between the two occurred in November, during a World Cup event in Heerenveen. —Kevin Draper, *New York Times*, 2 Mar. 2023 See More

These example sentences are selected automatically from various online news sources to reflect current usage of the word 'interaction.' Views expressed in the examples do not represent the opinion of Merriam-Webster or its editors. Send us feedback.

## Word History

First Known Use

1832, in the meaning defined above

Time Traveler
The first known use of *interaction* was in 1832
See more words from the same year

## Dictionary Entries Near *interaction*

interactant

interaction

interactionism

See More Nearby Entries ›

## Cite this Entry

Style

MLA

"Interaction." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/interaction. Accessed 23 Mar. 2023.

Copy Citation

## Share

Cited in Free Holdings Inc v McCoy 22CV881 Decided 3/17/23
Archived on 3/23/23
This document is protected by copyright.
Further reproduction is prohibited without permission.

Post the Definition of interaction to Facebook  Facebook

Share the Definition of interaction on Twitter  Twitter

## Kids Definition

interaction

noun
in·ter·ac·tion ˌint-ə-ˈrak-shən
: the action or influence of people, groups, or things on one another
interactional
-shnəl
-shən-ᵊl
adjective

## Medical Definition

interaction

noun
in·ter·ac·tion ˌint-ə-ˈrak-shən
: mutual or reciprocal action or influence
interaction of the heart and lungs
interactional
-shnəl, -shən-ᵊl
adjective

## More from Merriam-Webster on *interaction*

Nglish: Translation of *interaction* for Spanish Speakers

Britannica English: Translation of *interaction* for Arabic Speakers

Last Updated: 13 Mar 2023 - Updated example sentences

## Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

Cited in Free Holdings Inc v McCoy
22CV881 Decided 3/17/23
Archived on 3/23/23
This document is protected by copyright.
Further reproduction is prohibited without permission.

MERRIAM-WEBSTER UNABRIDGED

Merriam-Webster

WORD OF THE DAY

symbiosis

See Definitions and Examples »

Get Word of the Day daily email!

Your email address SUBSCRIBE

Cited in Free Holdings Inc v McCoy 22CV881 Decided 3/14/23 Archived on 3/23/23 This document is protected by copyright. Further reproduction is prohibited without permission.

Merriam-Webster

Test Your Vocabulary

Challenging Standardized Test Words, Vol. 2

- The business's new computer system proved not to be a *panacea*.

Costly burden | Cure-all

Obstacle | Secure space

Hear a word and type it out. How many can you get right?

TAKE THE QUIZ

Can you make 12 words with 7 letters?

PLAY

## WORDS AT PLAY

### 'Apricity' and Other Rare Wintry Words

- 'Hiemal,' 'brumation,' & other rare wintry words

### 'Complement' vs. 'Compliment'

- The distinction between the two is clear (now).

### 8 Words for Introverts

- Don't be surprised if none of them want the spotl...

Cited in Free Holdings Inv. v. McCoy
22CV881 Decided 3/17/23
Archived on 3/23/23
This document is protected by copyright.
Further reproductions prohibited without permission.

# When Were Words First Used?

- Look up any year to find out

### ASK THE EDITORS

## Weird Plurals

- One goose, two geese. One moose, two... moose. Wh...

## Irregardless

- It is in fact a real word (but that doesn't mean ...

## Bring vs. Take

- Both words imply motion, but the difference may b...

## Defenestration

- The fascinating story behind many people's favori...

Cited in Free Holdings Inc v McCoy 22Cv881 Decided 3/17/23
Archived on 3/23/23
This document is protected by copyright. Further reproduction is prohibited without permission.

## WORD GAMES

### Are You Feeling Lucky?

A charming quiz about fortunate and unfortunate w...

- **TAKE THE QUIZ**

### Famous Novels, First Lines Quiz

Can you identify these novels by their famous fir...

- **TAKE THE QUIZ**

### Spell It

Hear a word and type it out. How many can you get...

- **TAKE THE QUIZ**

### Spelling Bee Quiz

Can you outdo past winners of the National Spelli...

- **TAKE THE QUIZ**

Cited in Free Holdings Inc v. McCoy 22CV881 Decided 3/17/23
Archived on 3/23/23
This document is protected by copyright.
Further reproduction is prohibited without permission.

**Learn a new word every day. Delivered to your inbox!**

Your email address

**OTHER MERRIAM-WEBSTER DICTIONARIES**

- MERRIAM-WEBSTER'S UNABRIDGED DICTIONARY
- SCRABBLE® WORD FINDER
- MERRIAM-WEBSTER DICTIONARY API
- NGLISH - SPANISH-ENGLISH TRANSLATION
- BRITANNICA ENGLISH - ARABIC TRANSLATION

**FOLLOW US**



Cited in Free Holdings Inc v McCoy
22Cv881 Decided 3/17/23
Archived on 3/23/23
This document is protected by copyright.
Further reproductions prohibited without permission.

Browse the Dictionary: A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U
V  W  X  Y  Z  0-9  BIO  GEO

Home | Help | About Us | Shop | Advertising Info | Dictionary API | Contact Us |
Join MWU | Videos | Word of the Year | Kid's Dictionary | Law Dictionary |
Medical Dictionary | Privacy Policy | Terms of Use

Browse the Thesaurus | Browse the Medical Dictionary |
Browse the Legal Dictionary | Browse the Kid's Dictionary

© 2023 Merriam-Webster, Incorporated