




Cited in Free Holdings Inc v McCoy 22CV881, Decided 3/17/23
Archived on 3/23/23
This document is protected by copyright.
Further reproduction is prohibited without permission.

Explore

Settings

# Tweet

**kevin mccoy**
@mccoyspace

static.mccoyspace.com/gifs/quantum.g... #monegraph

3:59 PM · May 2, 2014

**2** Retweets **4** Quotes **23** Likes **3** Bookmarks

**d0Od** @highqualitysh1t · Apr 30, 2021
Replying to @mccoyspace
So was that really the first one? I guess you explored the process , before you went on stage, because on stage we see a different GIF. Asking for an art historian ...
1

**NFT Hound** @HoundNft · Oct 3, 2021
Replying to @mccoyspace
History was made on this day. The citadel will free us all.

**Vacant in NYC** @NyVacant
A vacant apartment helps no one.

Right now, there are thousands of rent-stabilized apartments sitting vacant across NYC. They can't be rented out until Albany acts.

A coalition of NYers is backing a plan that would cut the red tape and allow these units to get back online.

vacancynyc.org
A Housing Solution for NYC

7 35 128 1.2M

Promoted

Search Twitter

## New to Twitter?

Sign up now to get your own pers

Sign up with G

Sign up with

Create accou

By signing up, you agree to the T
Privacy Policy, including Cookie U

## Relevant people

**kevin mccoy**
@mccoyspace
An artist in New Yo
residence at ~batn

## What's happening

NHL · This morning
**Coyotes at Oilers**

Trending in United States
**Mila Kunis**

Trending in United States
**#MLBTheShow23**
1,384 Tweets

Trending in United States
**Lindsay Lohan**
13.3K Tweets

Music · Trending
**HARUTO**
39.4K Tweets

Show more

Terms of Service Privacy Policy
Accessibility Ads info More ··
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in S

- # Explore
- Settings

Cited in Free Holdings Inc v McCoy
22CV881 Decided 3/17/23

Archived on 3/23/23

This document is protected by copyright.
Further reproduction is prohibited without permission.

Don't miss what's happening

People on Twitter are the first to know.

Log in   S