

# Namebrow.se
Namecoin Explorer

## Name d41b8540cbacdf1467cdc5d17316dcb672c8b43235fa16cde98e79825b68709a

### Summary

| Status | Active |
|---|---|
| Expires after block | 669125 ( 11450 blocks to go ) |
| Expiry date | June 11, 2023, 1:46 a.m. (estimate) |
| Last update | Oct. 7, 2022, 1:24 p.m. (block 633125) |
| Registered since | April 5, 2021, 12:14 p.m. (block 553214) |
| First registration | May 2, 2014, 11:33 p.m. (block 37368) |

### Current value

An important distinction between property & deed must be made when considering Namecoin NFTs. A UTXO, the thing that transfers

### Name operations

| Date/Time | Block | Transaction | Operation | Value |
|---|---|---|---|---|
| Oct. 7, 2022, 1:24 p.m. | 633125 | b9d71b2cd... | NAME_UPDATE | An important distinction between property & deed must be made when considering Namecoin NFTs. A UTXO, the thing that transfers ownership b/w holders of public/private key pairs, is a DEED to property but NOT property itself. The property that the Namecoin blockchain was built to cryptographically secure ownership of, provided all recurring fees have been paid to the protocol, is a unique plot of digital space known as a Name. As such, Names, along with the history of Values associated to them, are the NFT property. |
| Feb. 10, 2022, 3:47 p.m. | 598415 | 6dd5ceffc... | NAME_UPDATE | I assert title to the file at the URL http://static.mccoyspace.com/gifs/quantum.gif with the creator's public announcement of it's publishing at the URL https://twitter.com/mccoyspace/status/462320426719641600 The file whose SHA256 hash is d41b8540cbacdf1467cdc5d17316dcb672c8b43235fa16cde98e79825b68709a is taken to be the file in question. Title transfers to whoever controls this blockchain entry. |
| June 14, 2021, 12:25 p.m. | 563353 | 93e6db4e6... | NAME_UPDATE | \*\*This original NFT, entitled "Quantum" by Kevin McCoy and minted on May 2, 2014, is currently held by the person who controls the Twitter handle @EarlyNFT. Please direct message all inquires about the artwork there.\*\* |
| June 7, 2021, 4:30 p.m. | 562392 | 84adf2532... | NAME_UPDATE | \*\*An authorized print of this original NFT, entitled "Quantum" by Kevin McCoy, is currently being auctioned off by Sotheby's. Good Luck to all the bidders.\*\* |

Cited in Free Holdings Inc v McCoy
22CV881 Decided 3/17/23
Archived on 3/23/23
This document is protected by copyright.
Further reproduction is prohibited without permission.



# Namebrow.se
**Namecoin Explorer**

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | https://twitter.com/mccoyspace/status/462320426719641600 The file whose SHA256 hash is d41b8540cbacdf1467cdc5d17316dcb672c8b43235fa16cde98e79825b68709a is taken to be the file in question. Title transfers to whoever controls this blockchain entry. |
| April 5, 2021, 12:14 p.m. | 553214 | d81a70169... | NAME_FIRSTUPDATE | None |
| April 5, 2021, 7 a.m. | 553180 | 8c76ba4ec... | NAME_NEW | fc6a09d1dfa2cbced6fa35e64c3cb001196cdef2 |
| May 3, 2014, 1:27 a.m. | 174923 | fa8b9a6ad... | NAME_FIRSTUPDATE | None |
| May 2, 2014, 11:33 p.m. | 174910 | da66d975e... | NAME_NEW | aa4bcd723e172f0f53cbab9c71a165262334206b |

**Namecoin Block Explorer** - Contact.

Cited in Free Holdings Inc v McCoy 22CV881 Decided 3/17/23
Archived on 3/23/23
This document is protected by copyright.
Further reproduction is prohibited without permission.