UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FREE HOLDINGS INC.,

                Plaintiff,

 -v-

KEVIN MCCOY and SOTHEBY'S INC.,

                Defendants.

Case No.: 1:22-cv-00881-JLC

---

**NOTICE OF APPEAL**

Notice is hereby given that Free Holdings Inc., plaintiff in the above-named case, appeals to the United States Court of Appeals for the Second Circuit from the Court's Opinion and Order, entered in this action on March 17, 2023 [D.E. 70], that granted defendants' Kevin McCoy and Sotheby's Inc's motions to dismiss plaintiff's amended complaint.

Dated: Rockville Centre, New York
       April 17, 2023

                                      **FALCON RAPPAPORT & BERKMAN LLP**

                                      By: /s/ Moish E. Peltz

                                      Moish E. Peltz, Esq.
                                      Paul M. O'Brien, Esq.
                                      Steven C. Berlowitz, Esq.
                                      265 Sunrise Highway, Suite 50
                                      Rockville Centre, New York 11570
                                      (516) 599-0888
                                      mpeltz@frblaw.com
                                      pobrien@frblaw.com
                                      sberlowitz@frblaw.com

                                      *Attorneys for Free Holdings Inc.*

cc: Counsel of Record (via ECF)