```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FREE HOLDINGS INC.,

        Plaintiff,

    -v-

KEVIN MCCOY and SOTHEBY'S, INC.,

        Defendants.
-----------------------------------------------------------------X

**ORDER**

22-CV-881 (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

In light of the Second Circuit's summary order dated January 17, 2024 remanding this case with directions to dismiss Free Holdings' amended complaint without prejudice (Dkt. No. 81), and the issuance of the mandate on February 7, 2024 (Dkt. No. 82), the Court hereby dismisses Free Holdings' amended complaint without prejudice.

The Clerk is respectfully directed to enter a revised judgment dismissing the amended complaint without prejudice.

    **SO ORDERED.**

Dated: New York, New York
      February 8, 2024

_____
JAMES L. COTT
United States Magistrate Judge