UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FREE HOLDINGS INC.,

                        Plaintiff,

    -against-                                    22 **CIVIL** 0881 (JLC)

## AMENDED JUDGMENT

KEVIN MCCOY and SOTHEBY'S, INC.,

                        Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated March 17, 2023, and the Court's Order dated February 8, 2024, the Court hereby dismisses Free Holdings' amended complaint without prejudice.

**Dated:**  New York, New York

      February 8, 2024

                                                    **RUBY J. KRAJICK**
                                                    **Clerk of Court**

                        **BY:**

                                                    _____
                                                        **Deputy Clerk**